# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Sammy Lee Morris, | CASE NUMBER |
|---|---|
| Plaintiff(s)/Petitioner(s), | 2:16-cv-02514-SVW-KK |
| v. | |
| R. Yavari, et al., | ORDER OF DISMISSAL |
| Defendant(s)/Respondent(s). | |

**The Court previously received from Plaintiff(s)/Petitioner(s):**

☐ an IFP Request with no accompanying Complaint or Petition.

☒ a Complaint or Petition without an accompanying IFP Request, and without payment of the filing fees.

**On April 14, 2016, the Court issued a minute order warning Plaintiff that failure to correct this deficiency within THIRTY DAYS from the date the minute order was issued would result in dismissal of this case. Plaintiff subsequently filed an incomplete request to proceed in forma pauperis. Hence, on April 28, 2016, the Court issued a second minute order, once again, directing Plaintiff to either pay the $400.00 filing fee or file a completed request to proceed in forma pauperis.**

**More than THIRTY DAYS have now passed, and the deficiency has not been corrected.**

**Accordingly, this case is hereby ORDERED DISMISSED. No further filings shall be accepted under this case number.**

**IT IS SO ORDERED.**

Dated: May 16, 2016

*/s/ Stephen V. Wilson*

Stephen V. Wilson, United States District Judge